JACQUELYNE M. NGUYEN, Bar no. 249658
LAW OFFICES OF JACQUELYNE M. NGUYEN
2900 BRISTOL STREET, SUITE "A-208"
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for: Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>FRIDA R. RICKARDS, AKA FRIDA ROSA RICKARDS,<br><br>　　　　　Defendant | Case No.: CV 2:14-cv-1084<br><br>DEFAULT JUDGMENT |

　　In the above-entitled action, the Clerk of this Court entered a default against Defendant Frida R. Rickards, aka Frida Rosa Rickards for failure to respond or appear, satisfying the requirements of Rule 55.

　　IT IS ADJUDGED that Plaintiff, United States of America, shall have and recover from Defendant, Frida R. Rickards, aka Frida Rosa Rickards the sum of $8,687.19 in principal, $19,595.09 in accrued pre-judgment interest through April 16, 2014, with interest accruing from April 16, 2014, at the daily rate of $2.33 ($1.09 based on principal of $4,341.21 for first claim; and $1.24 based on

principal of $4,345.98 for second claim) until entry of judgment, plus 477.50 as costs and $1,068.71 for attorney fee, pursuant to Central District Local Rule 55.4, for a total of **$29,828.49**.

This Judgment is to accrue interest at the legal rate from the date of entry until paid.

TERRY NAFISI, CLERK
U.S. District Court
Central District of California

DATED: 4/22/14

By: _Yvette Lewis_
Deputy Clerk